WILBUR RANDALL SCHOONMAKER, Respondent, v. EUGENE D. BOYER and Another, as Executors, etc., of WILBUR F. RANDALL, Deceased, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of EVA HEIM, as Administratrix, etc., of JOHN HEIM, Deceased.— Decrees affirmed, with costs of this appeal to all parties appearing by separate attorneys and filing separate briefs herein payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALEXANDER GRABBE, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

CARL HINZ, Respondent, v. EIGHTH AVENUE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPH STEIGER, Appellant, v. NATIONAL SURETY COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HARRY BOYARSKY, as Administrator, etc., of NELLIE BOYARSKY, Deceased, Respondent, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

In the Matter of the Estate of SIMON RYAN, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of GUSTAVUS T. KIRBY, Appellant, against WALTER C. MARTIN, as Tenement House Commissioner of the City of New York, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANK G. BROWN and Others, Appellants, v. WADE H. ARMSTRONG, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LAWYERS TITLE AND TRUST COMPANY, Respondent, v. THE FOUNDATION COMPANY, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PETER H. CORR, Appellant, v. GEORGE F. HOFFMAN and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAROLD J. COHEN, Respondent, v. GLYNNE THEATRES, INC., Appellant. SEABOARD INVESTING CO., INC., Respondent, v. GLYNNE THEATRES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.